# Court of Appeals
# of the State of Georgia

ATLANTA,   December 04, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0464.  SMITH v. THE STATE.**

Appellee having moved for remand to clarify the trial court's order denying Appellant's motion for new trial and having represented that Appellant does not oppose the motion, this Court hereby grants the motion to remand as follows:

The case is remanded for the limited purpose of the Appellee filing a motion to clarify the trial court's order denying Appellant's motion for new trial to determine whether the trial court intended to find that Appellant's trial counsel was deficient with regards to the claims addressed in paragraph 4f of the order. Once the trial court rules on the motion, the Appellant is directed to file a new Notice of Appeal in accordance with the rules of this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   12/04/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*